HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CARSON WILHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARSON WILHITE,<br><br>    Defendant. | Case No.  1:20-cr-00106-NONE-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Carson Wilhite, that the following condition of Mr. Wilhite's pretrial release be added:

    1.    You must reside with your third-party custodian, Christine Wilhite, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer.

Mr. Wilhite's Pretrial Services Officer, Officer Elizabeth Gutierrez, is in agreement with this modification. Government counsel has also indicated that the government has no objection to the proposed modification. In light of the above, the parties request that the above condition be added, with all other previously imposed conditions of release not in conflict with this order to

1  remain in full force and effect.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: September 3, 2020      */s/ Karen Escobar*
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 3, 2020       */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
CARSON WILHITE

# O R D E R

IT IS SO ORDERED.

The following condition is added to the terms and conditions of Mr. Wilhite's pretrial release:

1. Mr. Wilhite must reside with his third-party custodian, Christine Wilhite, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer.

**All other previously imposed conditions of release not in conflict with this order shall remain in full force and effect**.

IT IS SO ORDERED.

Dated:  **September 3, 2020**        */s/ Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE